

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2019

No. 04-19-00188-CR

Hardy Burl **PURVIS** IV,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0050-CR-B
Honorable William Old, Judge Presiding

# O R D E R

The reporter's record was originally due June 21, 2019. Court reporter Patricia Wagner was previously granted an extension to September 14, 2019. She now requests another extension to October 16, 2019. Her request is GRANTED. We ORDER Patricia Wagner to file the reporter's record on or before October 16, 2019. NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.

It is so **ORDERED** on September 25, 2019.

**PER CURIAM**

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk